Entered on Docket
March 21, 2008
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: March 20, 2008

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                              Case No. 08-41278 J

EXPERIMENTAL GROUP
YOUNG PEOPLES THEATRE,

                            Debtor./

MEMORANDUM RE DISMISSAL

     The court's review of the file for this bankruptcy case shows that the debtor is a corporation and filed the case without benefit of legal counsel. The rules of this court require that bankruptcy petitions by corporate debtors be signed by counsel. L.B.R. 9010-1.

     The court's records also show that this debtor had filed case no. 08-40701 T in this court, that the debtor was advised of the foregoing rule through issuance on February 15, 2008 of an Order to Show Cause re Conversion or Dismissal, and that the debtor elected to disregard the rule in said case. On March 4, 2008, the court dismissed the case for noncompliance therewith.

1    On March 19, 2008, the debtor, in willful disregard of the
2 rule, filed the above-captioned case without benefit of counsel.
3 The court will therefore issue its order dismissing this case.
4
5                         **END OF ORDER**

2

|   |                      |
|---|----------------------|
| 1 | COURT SERVICE LIST   |
| 2 | All Recipients       |